In the Matter of CARL F. W. MICHNER, Respondent, against PAUL J. KERN et al., Constituting the Municipal Civil Service Commission of the City of New York, Appellants.

Argued September 26, 1939; decided October 10, 1939.

*William C. Chanler, Corporation Counsel (Charles F. Murphy* and *Paxton Blair* of counsel), for appellants.

*Norman Roth* for respondent.

Orders reversed and proceeding dismissed, with costs in all courts, on the authority of *Matter of Deodati* v. *Kern* (280 N. Y. 366). No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.